UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | |
|---|---|
| SARAH LEMASTER LIVERS, *Administratrix of the Estate of* James Lemaster,<br><br>    Plaintiff,<br><br>V.<br><br>STROHWIG INDUSTRIES, INC. and AMERICAN DRILL BUSHING LLC,<br><br>    Defendants. | CIVIL ACTION NO. 5:22-cv-211-KKC<br><br><br><br>**JUDGMENT** |

\*\*\* \*\*\* \*\*\*

In accordance with the opinion and order entered on this date, the Court hereby ORDERS as follows:

1) the motion for summary judgment (DE 73) by American Drill Bushing LLC is GRANTED;

2) Judgment is entered in favor of American Drill Bushing LLC on all claims asserted against it by plaintiff Sarah Lemaster Livers as Administratrix of the Estate of James Lemaster;

3) this matter is STRICKEN from the Court's active docket; and

4) this Judgment is FINAL and APPEALABLE.

January 21, 2025



KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY